# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LESLIE EDWIN "LES" MILES

VERSUS

LIZ MURRILL, IN HER CAPACITY
AS ATTORNEY GENERAL FOR THE
STATE OF LOUISIANA,
LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE, AND
BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE

NO.  2025 CW 0472

**JULY 14, 2025**

---

In Re:    Attoney  General  Elizabeth  Murrill,  applying  for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 751497.

---

**BEFORE:   HESTER, EDWARDS, AND BALFOUR, JJ.**

　　　**WRIT DENIED.**  The exception of no cause of action filed by
defendant, Attorney General Elizabeth Murrill, was rendered moot
by the filing of the amended petition after the filing of the
exception. See **Smith v. Cannon**, 43,964 (La. App. 2d Cir. 1/28/09),
2 So.3d 1227, 1230, <u>writ denied</u>, 2009-0668 (La. 6/19/09), 10 So.3d
734; **Barker v. Merrick**, 2019-1124 (La. App. 1st Cir. 12/23/19),
2019 WL 7166787 (unpublished).

　　　　　　　　　　　　　**CHH**
　　　　　　　　　　　　　**BDE**
　　　　　　　　　　　　　**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT